AUGUST 26, 1938

No. 39306.—SUIT 4095.——*Hotel Waldorf Astoria Corp.* v. *United States.* T. D. 48868 affirmed.

BEFORE THE SECOND DIVISION, AUGUST 31, 1938

No. 39307.—Protests 986804, etc., of Judkins & McCormick Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) articles in chief value of compounds of cellulose similar to those the subject of Abstract 37230 at 60 percent under paragraph 31; (2) embroidered hats and sets at 75 percent under paragraph 1430, *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) followed; (3) artificial flowers similar to those the subject of *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) at 60 percent under paragraph 1419; and (4) allovers, braids, motifs, bands, cloches, hats, galloons, and bandeau in chief value of cellulose filaments similar to those the subject of *Amberg* v. *United States* (T. D. 46204) at 60 percent under paragraph 31.

No. 39308.—Protest 984742 of Veit Son & Co. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

No. 39309.—Protest 468172–G of Thurn (New York).

Opinion by TILSON, J. The record established that certain items consist of hats and other articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

No. 39310.—Protests 642690–G, etc., of T. Ohno et al. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

No. 39311.—Protest 457631–G of Steinman Co., Inc. (New York).

Opinion by TILSON, J. On the record presented certain articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.